UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BRIANNA WELTHER, on behalf of J.D.R.., Plaintiff, -vs- | ) ) ) ) ) ) ) ) | CASE NO. 1:25-CV-01265 JUDGE JOHN R. ADAMS <u>JUDGMENT ENTRY</u> |
| Commissioner of Social Security Defendant. | ) ) | |

For the reasons set forth in the ORDER filed contemporaneously with this Judgment Entry,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Magistrate Judge's decision

is ADOPTED IN WHOLE. The decision of the Commissioner is hereby REVERSED and the

matter REMANDED for proceedings consistent with this opinion.

**IT IS SO ORDERED.**

Dated:  <u>June 5, 2026</u>              */s/ John R. Adams*_____

UNITED STATES DISTRICT JUDGE